UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLADAPO OLAJIDE,<br><br>           Plaintiff,<br><br>     v.<br><br>JUDICIAL COUNCIL OF CALIFORNIA, et al.,<br><br>           Defendants. | Case No. 22-mc-80082-HSG<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT** |

Before the Court is Plaintiff Oladapo Olajide's request for leave to file a complaint. Dkt. Nos. 1, 2. Plaintiff has previously been declared a vexatious litigant. He was enjoined from filing any civil action in the Northern District of California against the State of California, the governor of the State of California, and the California Attorney General without first obtaining certification from the general duty judge that his complaints plausibly allege claims for relief and are not frivolous or fanciful. *See Olajide v. State of California*, Case No. 4:20-cv-08942-DMR, Dkt. No. 22 (Order, March 29, 2021).

Plaintiff has a long history of filing frivolous, fanciful, and incomprehensible complaints in this District, as shown by the following cases:

- "The fourteen-page complaint is incomprehensible" and the "complaint is so frivolous and incomprehensible that permission to proceed will not be allowed," *Olajide v. Brown*, No. 18-cv-03151-WHA;

- The Complaint before me, as his complaints in his prior cases, is rambling and difficult to understand . . . [b]ecause his allegations are frivolous and fanciful, with the added reason that they are similar to ones he made in prior dismissed cases, this

- case too is DISMISSED, and dismissed without leave to amend," *Olajide v. Brown*, No. 18- cv-04823-WHO;
- "Mr. Olajide's complaint is rambling and very difficult to understand . . . Mr. Olajide's complaint is so fanciful that a dismissal with prejudice is warranted," *Olajide v. Brown*, No. 18-cv-04225-EMC;
- "The Complaint in this case is rambling and hard to comprehend," *Olajide v. Brown*, No. 18-cv-03991-CRB;
- "Plaintiff's complaint is vague, difficult to follow, and at times nonsensical," *Olajide v. Brown*, No. 2:17-cv-02168-TLN-KJN PS;
- "The facts of this case are difficult to decipher from Plaintiff's complaint," *Olajide v. Rolefson*, No. 16-cv-01163-JST;
- "[T]he First Amended Complaint raises no specific allegations against defendants, beyond their overall involvement in the 'regime.'" *Olajide v. Newsome*, No. 19-cv-08048-WHA; and
- "[T]he court gave Olajide the opportunity at the hearing to explain his claims, but he was unable to articulate a decipherable theory underlying his claims. The court finds Olajide's allegations are frivolous and fanciful and dismisses the complaint with prejudice and without leave to amend." *Olajide v. State of California*, Case No. 4:20-cv-08942-DMR.

The Court finds that the complaint Plaintiff presently seeks leave to file against the Judicial Council of California ("Judicial Council") follows the same pattern. Plaintiff's Complaint is frankly hard to understand, but it appears to broadly allege that the Judicial Council adopted rules for state court administration, practice, and procedure "to hold or return persons to a condition of peonage" and "to ensure members of the 'black' race are denied equal protection of the laws." *See* Dkt. No. 2. The Complaint then purports to bring claims under the Fourteenth Amendment, various civil rights laws, and the Peonage Abolition Act of 1867. *Id.* The few parts of the Complaint that the Court can understand contain mere conclusory allegations that are insufficient to state a claim. *See Cheatham v. Olajide*, No. CV-21-00485-PHX-JJT (D. Ariz. Oct. 7, 2021)

(finding Mr. Olajide's claims for violations of the Thirteenth Amendment and multiple federal statutes, including the Enforcement Act of 1870, Antipeonage Act, and 42 U.S.C. § 1982 "incomprehensible" and determining that it therefore "need not analyze Mr. Olajide's causes of actions individually.").

As the general duty judge, the undersigned therefore cannot certify that Plaintiff's Complaint plausibly alleges claims for relief and is not frivolous or fanciful. The Clerk of the Court shall accordingly close this case.

**IT IS SO ORDERED.**

Dated: 3/31/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge